1622-CC10204

Electronically Filed - City of St. Louis - September 07, 2016 - 11:21 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| THERESA WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: |
| | ) | |
| CATHERINE McCLELLAN, | ) | Division No.: |
| | ) | |
| Serve: | ) | |
| 4007 Miami | ) | |
| St. Louis, MO 63116 | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PETITION FOR BODILY INJURY

COMES NOW Plaintiff, Theresa Walsh, by and through her undersigned counsel, and for her cause of action against Defendant Catherine McClellan, states as follows:

### PARTIES

1.      Plaintiff is an individual and resident of the City of St. Louis, State of Illinois.

2.      Defendant is an individual and resident of the City of St. Louis, State of Missouri.

### JURISDICTION AND VENUE

3.      This Court has personal jurisdiction and venue because both Plaintiff and Defendant are residents of City of St. Louis, State of Missouri. The cause of action herein arose as a result of an automobile collision and Plaintiff's injury occurred in the City of St. Louis, State of Missouri.

EXHIBIT A

Electronically Filed - City of St. Louis - September 07, 2016 - 11:21 AM

4.     Therefore jurisdiction and venue are proper in City of St. Louis, State of Missouri.

## COUNT I

5.     Plaintiff further states that the intersection of Hampton and Chippewa is an open and public intersection in the City of St. Louis, State of Missouri.

6.     Plaintiff states that on or about August 23, 2014, she was operating her vehicle stopped at a red light at the intersection of Hampton Ave. and Chippewa Street in the City of St. Louis, State of Missouri.  At that time and place, the vehicle operated by Catherine McClellan violated a red flashing electrical signal and struck Plaintiff's vehicle, and injuring Plaintiff.

7.     Defendant was negligent and careless in the operation of her vehicle in the following respects:

    (a)  Negligently and carelessly operated her vehicle by violating a red electrical signal and striking Plaintiff's vehicle;

    (b)  Negligently and carelessly failed to yield the right-of-way to Plaintiff's vehicle;

    (c)  Negligently and carelessly operated her motor vehicle in a careless and imprudent fashion.

8.     Plaintiff further states the aforesaid acts and omissions constitute negligence per se on the part of Defendant Catherine McClellan.

9.     Plaintiff further states that as a direct and proximate result of the aforesaid negligence and carelessness of Defendant, Plaintiff was caused to sustain personal injuries including but not limited to her neck, back, spine, head and shoulders.  All of her

Electronically Filed - City of St. Louis - September 07, 2016 - 11:21 AM

injuries are severe, progressive and permanent.  Plaintiff required treatment and medicine for such injuries and may require additional treatment in the future.

10.     Plaintiff further states that as a direct and proximate result of the aforesaid negligence and carelessness of Defendant, Plaintiff's vehicle was caused to sustain property damage. The damage to Plaintiff's vehicle is extensive causing considerable additional expense.

11.     Plaintiff states that she was employed at the time of the collision and as a result of her injuries was unable to work and lost earnings; the Plaintiff will lose additional earnings in the future as a result of her injuries which were caused by the Defendant's negligence.

WHEREFORE, Plaintiff prays judgment against Defendant Catherine McClellan, together with her costs herein expended and for such other and further relief as this Court deems just and proper.

BRUNTRAGER & BILLINGS, P.C.

/s/ Neil J. Bruntrager
Neil J. Bruntrager, #29688
225 S. Meramec Ave.
Suite 1200
St. Louis, Missouri 63105
314-646-0066
314-646-0065 facsimile
Attorney for Plaintiff



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number:  1622-CC10204 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>THERESA WALSH | Plaintiff's/Petitioner's Attorney/Address<br>NEIL JOHN BRUNTRAGER<br>225 SOUTH MERAMEC AVE<br>SUITE 1200 | Special Process Server 2 |
| vs. | CLAYTON, MO  63105 | Special Process Server 3 |
| Defendant/Respondent:<br>CATHERINE MCCLELLAN | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to:  CATHERINE MCCLELLAN<br>Alias: | |
|---|---|
| **4007 MIAMI**<br>**ST. LOUIS, MO  63116** | **SHERIFF'S FEE PAID** |

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 9, 2016**

_____
Date

*Thomas Kloppinger*
_____
Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
Date                                        Notary Public

---

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

*10-8*

*9-13-16*

*Div #01*
*Theresa Walsh*

## JAMES W. MURPHY
### SHERIFF
CITY OF ST LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST LOUIS, MISSOURI 63101
622-4851

## Return of Service on Summons/Petition and Subpoena

Defendant __Catherine McClellan__   Doc. ID Number __16-SMCC-16080__

Address __4007 Miami__   Case Number __1622-CC16204__

Executed:  [✓] **Summons / Petition**        [ ] **Subpoena**

I hereby certify that I served the within summons and petition by:

[ ] Subpoena   How Served: _____

[ ] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[✓] Delivering a copy of the summons and a copy of the petition, to the Defendant / Respondent.
   How Served: __Personal Service F/w 60 Catherine McClellan__

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of
the Defendant/Respondent with a family member over the age of 15 years_____
[ ] Non-Est Reason:_____

---

[ ] For service on a **Corporation/Partnership**: by delivering a copy of the summons and a copy of the
petition to:

[ ] An Agent and/or Appointed Agent:_____(name)_____(title).

[ ] A Partner:_____(name)_____(title).

[ ] A Managing or General Agent:_____(name)_____(title).

[ ] The person in charge of defendant's business office_____(name)
_____(title).

[ ] The Registered Agent:_____(name)_____(title).

[ ] Non-Est Reason:_____

---

[ ] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of
the petition to:

[ ] The Registered Agent:_____(name)_____(title).

[ ] An Authorized Person:_____(name)_____(title).

[ ] An Organizer:_____(name)_____(title).

[ ] Non-Est Reason:_____

---

Served at __4007 Miami__

n (City of St. Louis), MO, on __9-13-16__ (date) at __600__ (time).

Print name of Sheriff or Server __Joe Galli__

Signature of Sheriff or Server __Joe Galli #675__

A copy of the summons and a copy of the petition, copy of subpoena must be served on each
Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54



**IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1622-CC10204 | Special Process Server 1 |
|---|---|---|
| Plaintiff's/Petitioner:<br>THERESA WALSH<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>NEIL JOHN BRUNTRAGER<br>225 SOUTH MERAMEC AVE<br>SUITE 1200<br>CLAYTON, MO 63105 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>CATHERINE MCCLELLAN | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: CATHERINE MCCLELLAN

Alias:

**4007 MIAMI**
**ST. LOUIS, MO 63116**

> **SHERIFF'S FEE PAID**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*CITY OF ST LOUIS*

September 9, 2016 _____     _Thomas Koeppinger_____
                      Date                                      Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                      Date                                  Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - October 11, 2016 - 10:36 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

THERESA WALSH,              )
                                 )
        Plaintiff,         )
                                 )
v.                              )      Cause No.:  1622-CC10204
                                 )
CATHERINE MCCLELLAN,   )      JURY TRIAL DEMANDED
                                 )
        Defendant.     )

## ANSWER

COMES NOW Defendant Catherine McClellan, by and through undersigned counsel of record, and for her Answer to Plaintiff's Petition, states:

1. Defendant lacks information sufficient to admit or deny the allegations of paragraph 1 and therefore denies same.

2. Defendant admits the allegations of paragraph 2.

3. Defendant states that paragraph 3 contains only legal conclusions to which no responsive pleading is required, but to the extent that such response may be required, Defendant denies the allegations of paragraph 3.

4. Defendant states that paragraph 4 contains only legal conclusions to which no responsive pleading is required, but to the extent that such response may be required, Defendant denies the allegations of paragraph 4.

5. Defendant states that paragraph 5 contains only legal conclusions to which no responsive pleading is required, but to the extent that such response may be required, Defendant denies the allegations of paragraph 5.

6. Defendant denies the allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7, and each and every subparagraph thereof.

Electronically Filed - City of St. Louis - October 11, 2016 - 10:36 AM

8.  Defendant states that paragraph 8 contains only legal conclusions to which no responsive
    pleading is required, but to the extent that such response may be required, Defendant
    denies the allegations of paragraph 8.

9.  Defendant denies the allegations of paragraph 9.

10. Defendant denies the allegations of paragraph 10.

11. Defendant denies the allegations of paragraph 11.

AFFIRMATIVE DEFENSES

12. By way of further answer and affirmative defense, while continuing to deny liability and
    without waiving such denial, Defendant states that Plaintiff has failed to mitigate her
    damages.

WHEREFORE having fully Answered the Plaintiff's Petition, Defendant Catherine
McClellan prays to be henceforth dismissed from Plaintiff's claims and cause of action, awarded
her costs herein incurred, and for such other and further relief as this Court deems just and proper
under the circumstances.

MCDONALD & BOGDAN

_____
Hopey A. Gardner, #59771
3636 S. Geyer Rd., Suite 250
St. Louis, MO  63127
(314)966-4490
(855) 833-5625 (Fax)
Gardnh2@nationwide.com

Attorney for Defendant Catherine McClellan

Electronically Filed - City of St. Louis - October 11, 2016 - 10:36 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| THERESA WALSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      Cause No.:  1622-CC10204 |
| | ) |
| CATHERINE MCCLELLAN, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Law Office of McDonald & Bogdan and enters their appearance for and on behalf of Defendant Catherine McClellan.

MCDONALD & BOGDAN

_____
Hopey A. Gardner, #59771
3636 S. Geyer Rd., Suite 250
St. Louis, MO  63127
(314)966-4490
(855) 833-5625 (Fax)
Gardnh2@nationwide.com
Attorney for Defendant Catherine McClellan

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any parties who do not receive electronic notice from the Clerk), postage pre-paid, this 11th day of October, 2016, to:

Neil J. Bruntrager
Bruntrager & Billings, P.C.
225 S. Meramec Avenue, Ste. 1200
St. Louis, MO 63105

_____

Electronically Filed - City of St. Louis - October 11, 2016 - 02:51 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI**

| | | |
|---|---|---|
| **THERESA WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1622-CC10204** |
| **v.** | ) | |
| | ) | |
| **CATHERINE MCCLELLAN ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of Plaintiff Theresa Walsh's Interrogatories

Directed to Defendant and Plaintiff's Request for Production of Documents Directed to

Defendant have been mailed this 11th day of October, 2016  to:  Hopey A. Gardner, 3636 S.

Geyer Rd., Suite 250, St. Louis, MO 63127.

BRUNTRAGER & BILLINGS, P.C.

<u>/s/Neil J. Bruntrager</u>
Neil J. Bruntrager , #29688
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065-facsimile

Attorney for Plaintiff

Electronically Filed - City of St. Louis - November 09, 2016 - 10:28 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **THERESA WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1622-CC10204** |
| **v.** | ) | |
| | ) | |
| **CATHERINE MCCLELLAN ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CERTIFICATE OF MAILING**

Defendant Catherine McClellan's answers to Plaintiff's interrogatories and response to request for production were mailed to Plaintiff by mailing the same to her attorney, Mr. Neil J. Bruntrager Bruntrager & Billings, P.C. 225 S. Meramec Ave., Suite 1200, St. Louis, MO 63105, this 9th day of November, 2016.

LAW OFFICE OF MCDONALD & BOGDAN

_____
Hopey A. Gardner, #59771
3636 S. Geyer Rd., Suite 250
St. Louis, MO  63127
(314)966-4490
(855) 833-5625 (Fax)
Gardnh2@nationwide.com

Attorney for Defendant Catherine McClellan

Electronically Filed - City of St. Louis - December 12, 2016 - 03:41 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| THERESA WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:  1622-CC10204 |
| | ) | |
| CATHERINE MCCLELLAN, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The original of Defendant's interrogatories directed to Plaintiff and Defendant's request for production directed to Plaintiff were served upon said Plaintiff by mailing the same to his attorney Mr. Neil J. Bruntrager, 225 S. Meramec Ave., Suite 1200, St. Louis, MO 63105, this 12th day of December, 2016.

**McDONALD & BOGDAN**

By: _____
Hopey A. Gardner, #59771
3636 S. Geyer Road, Suite 250
St. Louis, Missouri 63127
314-966-4490
Fax:1-855-833-5625
Gardnh2@nationwide.com


Attorneys for Defendant

Electronically Filed - City of St. Louis - January 04, 2017 - 09:24 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **THERESA WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1622-CC10204** |
| **v.** | ) | |
| | ) | |
| **CATHERINE MCCLELLAN ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Plaintiff Theresa Walsh's  Answers to

Defendant's Interrogatories and Request for Production of Documents directed to Plaintiff have

been mailed this 4th day of January, 2017  to:  Hopey A. Gardner, 3636 S. Geyer Rd., Suite 250,

St. Louis, MO 63127.


BRUNTRAGER & BILLINGS, P.C.

/s/Neil J. Bruntrager
Neil J. Bruntrager , #29688
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065-facsimile

Attorney for Plaintiff

Electronically Filed - City of St. Louis - January 04, 2017 - 09:25 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **THERESA WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1622-CC10204** |
| **v.** | ) | |
| | ) | |
| **CATHERINE MCCLELLAN ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of Plaintiff Theresa Walsh's Second Set of Interrogatories Directed to Defendant have been mailed this 4th day of January 2017 to:  Hopey A. Gardner, 3636 S. Geyer Rd., Suite 250, St. Louis, MO 63127.

BRUNTRAGER & BILLINGS, P.C.

<u>/s/Neil J. Bruntrager</u>
Neil J. Bruntrager , #29688
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065-facsimile

Attorney for Plaintiff

Electronically Filed - City of St. Louis - January 19, 2017 - 08:27 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **THERESA WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1622-CC10204** |
| **v.** | ) | |
| | ) | |
| **CATHERINE MCCLELLAN ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>CERTIFICATE OF MAILING</u>

Defendant Catherine McClellan's answers to Plaintiff's Second set of interrogatories were mailed to

Plaintiff by mailing the same to her attorney, Mr. Neil J. Bruntrager, Bruntrager & Billings, P.C. 225

S. Meramec Ave., Suite 1200, St. Louis, MO 63105, this 19th day of January, 2017.


LAW OFFICE OF MCDONALD & BOGDAN


_____

Hopey A. Gardner, #59771
3636 S. Geyer Rd., Suite 250
St. Louis, MO  63127
(314)966-4490
(855) 833-5625 (Fax)
Gardnh2@nationwide.com

Attorney for Defendant Catherine McClellan

Electronically Filed - City of St. Louis - May 08, 2017 - 02:34 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

THERESA WALSH,                          )
                                        )
          Plaintiff,                    )
                                        )
vs.                                     )          Cause No.: **1622-CC10204**
                                        )
CATHERINE McCLELLAN,                    )
                                        )
          Defendant.                    )
                                        )

### <u>NOTICE OF  DEPOSITION</u>

TO:     ALL ATTORNEYS OF RECORD AND INTERESTED PARTIES

PLEASE TAKE NOTICE that the deposition of the following individual will be taken on the date, time and place specified. Pursuant to Rule 57.03 of the Missouri Rules of Civil Procedure, before a court reporter and Notary Public.  The deposition will continue from day to day until completed.  All parties are invited to attend and cross-examine.

DEPONENT:        Catherine McClellan – 11:00 a.m.
                 Theresa Walsh – 11:00 a.m.

DATE & TIME:     May 18, 2017
                 Beginning at 11:00 a.m.

PLACE:           Bruntrager & Billings, PC
                 225 S. Meramec Ave.; Suite 1200
                 St. Louis, MO 63105

                          BRUNTRAGER & BILLINGS, P. C.


                          <u>/s/ Neil J. Bruntrager</u>
                          Neil J. Bruntrager #29688
                          Attorney for Defendant
                          225 S. Meramec Ave.; Suite 1200
                          St. Louis, MO 63105
                          (314) 646-0066    Fax 646-0065

Electronically Filed - City of St. Louis - May 08, 2017 - 02:34 PM

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May 2017 the foregoing **Notice of Deposition** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

_/s/ Neil J. Bruntrager_____

Electronically Filed - City of St. Louis - May 23, 2017 - 03:04 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI**

| | | |
|---|---|---|
| **THERESA WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1622-CC10204** |
| **v.** | ) | |
| | ) | |
| **CATHERINE MCCLELLAN ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff Theresa Walsh's Third Set of

Interrogatories Directed to Defendant have been mailed this 22nd day of May 2017 to:  Hopey A.

Gardner, 3636 S. Geyer Rd., Suite 250, St. Louis, MO 63127.


BRUNTRAGER & BILLINGS, P.C.

/s/Neil J. Bruntrager
Neil J. Bruntrager , #29688
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065-facsimile

Attorney for Plaintiff

Electronically Filed - City of St. Louis - May 26, 2017 - 11:33 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI**

| | | |
|---|---|---|
| **THERESA WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1622-CC10204** |
| **v.** | ) | |
| | ) | |
| **CATHERINE MCCLELLAN ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>CERTIFICATE OF MAILING</u>**

Defendant Catherine McClellan's answers to Plaintiff's Third set of interrogatories were mailed to

Plaintiff by mailing the same to her attorney, Mr. Neil J. Bruntrager, Bruntrager & Billings, P.C. 225

S. Meramec Ave., Suite 1200, St. Louis, MO 63105, this 26th day of May, 2017.


LAW OFFICE OF MCDONALD & BOGDAN

_____

Hopey A. Gardner, #59771
3636 S. Geyer Rd., Suite 250
St. Louis, MO  63127
(314)966-4490
(855) 833-5625 (Fax)
Gardnh2@nationwide.com

Attorney for Defendant Catherine McClellan

Electronically Filed - City of St. Louis - August 17, 2017 - 01:55 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

THERESA WALSH,                          )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )          Cause No.:  1622-CC10204
                                        )
CATHERINE MCCLELLAN,                    )
                                        )
          Defendant.                    )

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Attorney Ryan K. Manger of the Law Office of Michael P. McDonald, Jr. hereby enters and substitutes his appearance for that of Attorney Hopey A. Gardner as counsel for Defendant Catherine McClellan and requests the Court withdraw Attorney Hopey A Gardner as counsel of record for Defendant Catherine McClellan.

**LAW OFFICE OF MICHAEL P. MCDONALD, JR.**

By: _____
Ryan K. Manger, #53218
3636 S. Geyer Road, Suite 250
St. Louis, Missouri 63127
314-966-4490
Fax: 866-421-3335
Manger1@nationwide.com

Attorneys for Defendant Catherine McClellan

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent this 17th day of August, 2017 via the Court's electronic system to all counsel of record and that the original was signed by the attorney listed below.

_____

Electronically Filed - City of St. Louis - August 17, 2017 - 01:55 PM

Electronically Filed - City of St. Louis - August 17, 2017 - 01:55 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

THERESA WALSH,                          )
                                        )
     Plaintiff,                         )
                                        )
v.                                      )      Cause No.: 1622-CC10204
                                        )
CATHERINE MCCLELLAN,                    )
                                        )
     Defendant.                         )

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

    Attorney Ryan K. Manger of the Law Office of Michael P. McDonald, Jr. hereby enters

and substitutes his appearance for that of Attorney Hopey A. Gardner as counsel for Defendant

Catherine McClellan and requests the Court withdraw Attorney Hopey A Gardner as counsel of

record for Defendant Catherine McClellan.

### LAW OFFICE OF MICHAEL P. MCDONALD, JR.

By: _____
Ryan K. Manger, #53218
3636 S. Geyer Road, Suite 250
St. Louis, Missouri 63127
314-966-4490
Fax: 866-421-3335
Manger1@nationwide.com

    Attorneys for Defendant Catherine McClellan

ENTERED
SEP - 7 2017
LK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent
this 17th day of August, 2017 via the Court's electronic system to all counsel of record and that
the original was signed by the attorney listed below.

_____

Electronically Filed - City of St. Louis - January 25, 2018 - 11:48 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **THERESA WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1622-CC10204** |
| **v.** | ) | |
| | ) | |
| **CATHERINE MCCLELLAN ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF MAILING

Defendant Catherine McClellan's supplemental answers to Plaintiff's first set of interrogatories were mailed to Plaintiff by mailing the same to her attorney, Mr. Neil J. Bruntrager, Bruntrager & Billings, P.C. 225 S. Meramec Ave., Suite 1200, St. Louis, MO 63105, this 25th day of January, 2018.


**LAW OFFICE OF MICHAEL P. MCDONALD,  JR.**

By: _____

    Ryan K. Manger, #53218
    3636 S. Geyer Road, Suite 250
    St. Louis, Missouri 63127
    314-966-4490
    Fax: 1-855-833-5625
    Manger1@nationwide.com

    Attorney for Defendant Catherine McClellan

Electronically Filed - City of St. Louis - January 31, 2018 - 10:18 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

THERESA WALSH,                    )
                                  )
            Plaintiff,            )
                                  )
vs.                               )        Cause No.: **1622-CC10204**
                                  )
CATHERINE McCLELLAN,              )
                                  )
            Defendant.            )
                                  )

## JOINT MOTION FOR CONTINUANCE


Comes now counsels, Neil J. Bruntrager for the Plaintiff and Ryan Manger for the

Defendant, and jointly request a continuance of the trial scheduled in this matter for February 20,

2018. As grounds for this request, counsel for Plaintiff, states as follows:

1.      Counsel is currently scheduled for trial in St. Louis County in State vs. Norman

        Campbell on February 20, 2018.

2.      Counsel has spoken to counsel for Defendant and they have jointly agreed to this

        Motion for Continuance as Defense counsel is unavailable due of a pre-

        scheduled family vacation.


        Wherefore, Counsel jointly requests this matter be continued from the current trial

date of February 20, 2018 and for such other and further orders as the Court deems just and

proper in the premises.

Electronically Filed - City of St. Louis - January 31, 2018 - 10:18 AM

BRUNTRAGER & BILLINGS, P. C.


/s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
Attorney for Defendant
225 S. Meramec Ave.; Suite 1200
St. Louis, MO 63105
(314) 646-0066   Fax 646-0065


**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January 2018 the foregoing **Motion for Continuance** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.



  /s/ Neil J. Bruntrager_____

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**22ND JUDICIAL CIRCUIT – STATE OF MISSOURI**

_Walsh_ _____ (24) ___ 2-20— DFC

Plaintiff   )   Cause Number: _1622-cc 10204_
            )
            )
            )   Division Number 1
v.          )
            )
_McClellan_ _____,   )   **FILED**
Defendant   )   FEB -1 2018
            )   22ND JUDICIAL CIRCUIT
            )   CIRCUIT CLERK'S OFFICE
            )   BY_____ DEPUTY

**MOTION FOR CONTINUANCE FROM TRIAL DOCKET**

Plaintiff(s) appear by ___Neil Bruntrazu_____

Defendant(s) appear by _____

Case now set on trial docket of __2/20/2018__. Case is/~~is not~~ peremptorily set
(assigned to Division __24__ ).

Plaintiff(s)/Defendant(s), as Moving Party(ies), request a continuance because:
__Additional Discovery_____
_____
_____

___ Moving Party's attorney has conferred with Opposing Party's attorney.
Opposing Party consents to this continuance request.

___ Opposing Party asks the Court to deny this continuance request.

___Neil Bruntrazu_____     _____
Attorney for Plaintiff(s)                Attorney for Defendant(s)

The Court ____ grants __✓__ denies Moving Party's motion for continuance.

New trial docket date __8/27/18__ ___✗___ Regular rollover or ____ peremptory setting

                                SO ORDERED:
__2/1/2018_____          _____
            Date                  Michael K. Mullen
                                  Presiding Judge, Division 1

Electronically Filed - City of St. Louis - April 16, 2018 - 11:41 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

THERESA WALSH,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        Cause No.:  1622-CC10204
                                        )
CATHERINE MCCLELLAN,                    )
                                        )
            Defendant.                  )

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Missouri Rule 57.03 the deposition of Dr. Melissa Murray, taken on behalf of Defendant, will be taken on May 14, 2018 at 4:30 p.m. before a Notary Public at the offices of Family Focus Healthcare, 12812 Tesson Ferry Road, St. Louis, Missouri 63128, said deposition to continue from day to day at said time and place between the hours of 9:00 a.m. and 6:00 p.m. until complete.

**LAW OFFICE OF MICHAEL P. MCDONALD, JR.**

By: _____
Ryan K. Manger, #53218
3636 S. Geyer Road, Suite 250
St. Louis, Missouri 63127
314-966-4490
Fax: 866-421-3335
Manger1@nationwide.com

Attorneys for Defendant Catherine McClellan

Electronically Filed - City of St. Louis - April 16, 2018 - 11:41 AM

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent this 16th day of April, 2018 via the Court's electronic system to all counsel of record and that the original was signed by the attorney listed below.

_____

Electronically Filed - City of St. Louis - July 11, 2018 - 12:45 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

|  |  |  |
|---|---|---|
| THERESA WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.:   1622-CC10204 |
| | ) | |
| CATHERINE McCLELLAN, | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**FIRST AMENDED PETITION TO ADD ADDITIONAL PARTIES**

Comes now Plaintiff, Theresa Walsh, by and through  her undersigned counsel

and moves this Court for leave to file her First Amended Petition to Add Additional Parties.

BRUNTRAGER & BILLINGS, P.C.

/s/ Neil J. Bruntrager
Neil J. Bruntrager, #29688
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065 – facsimile

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July 2018 the foregoing **Plaintiffs Motion for
Leave to File First Amended Petition to Add Additional Parties** was filed electronically with
the Clerk of Court to be served by operation of the Court's electronic filing system upon all
attorneys of record.

/s/ Neil J. Bruntrager

Electronically Filed - City of St. Louis - July 11, 2018 - 12:45 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

THERESA WALSH,           )
                               )
       Plaintiff,         )
                               )
vs.                          )     Cause No.: 1622-CC10204
                               )
CATHERINE McCLELLAN,   )     Division No.:
                               )
and                        )
                               )
AMERICAN FAMILY INSURANCE, )
                               )
Serve:                     )
Missouri Department of Insurance   )
301 W. High Street, Suite 530      )
Jefferson City, MO 65101         )
**Return summons to counsel for service**  )
                               )
       Defendants.      )

## <u>REQUEST TO ISSUE SUMMONS</u>

COMES NOW Plaintiff, by and through its undersigned attorney, and requests that a Summons

be issued for service upon Defendant, American Family Insurance, Serve:  Missouri Department

of Insurance, 301 W. High Street, Suite 530, Jefferson City, MO 65101.  Summons to be served

by the Cole County Sheriff, P.O. Box 426, Jefferson City, MO 65102

    .

                         BRUNTRAGER & BILLINGS, P.C.


                         <u>/s/ Neil J. Bruntrager</u>
                         Neil J. Bruntrager, #29688
                         225 S. Meramec Ave., Suite 1200
                         Clayton, MO 63105
                         (314) 646-0066
                         (314) 646-0065 – facsimile

                         Attorney for Plaintiff

Electronically Filed - City of St. Louis - July 11, 2018 - 12:45 PM

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of July 2018 the foregoing Request to Issue Summons was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

                              /s/ Neil J. Bruntrager

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI



| | | |
|---|---|---|
| Judge or Division:<br>TIMOTHY JAMES BOYER | **Case Number:  1622-CC10204** | Special Process Server 1 |
| Plaintiff/Petitioner:<br>THERESA WALSH | Plaintiff's/Petitioner's Attorney/Address<br>NEIL JOHN BRUNTRAGER<br>225 SOUTH MERAMEC AVE<br>SUITE 1200<br>CLAYTON, MO  63105 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>CATHERINE MCCLELLAN | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **AMERICAN FAMILY INSURANCE**
                    **Alias:**

C/O MO DIRECTOR OF INSURANCE
MO DEPT OF INSURANCE
301 W HIGH ST ROOM 530
JEFFERSON CITY, MO  65101

**COLE COUNTY SHERIFF**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**August 6, 2018**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
   15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                              Date                                                      Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**22ND JUDICIAL CIRCUIT – STATE OF MISSOURI**

_Theresa Walsh_ ,                  )
                    Plaintiff      )    Cause Number: _1622-CC10204_
                                   )
                                   )
v.                                 )    Division Number 1   ~~FILED~~
                                   )    AUG 21 2018
_M^cClellan, et el_ ,              )    22ND JUDICIAL CIRCUIT
                    Defendant      )    CIRCUIT CLERK'S OFFICE
                                        BY _____ DEPUTY

**MOTION FOR CONTINUANCE FROM TRIAL DOCKET**

Plaintiff(s) appear by _Neil Bruntrager_ .

Defendant(s) appear by _____ .

Case now set on trial docket of _8/27/2018_ . Case is/is not peremptorily set
(assigned to Division __8__ ).

Plaintiff(s)/Defendant(s), as Moving Party(ies), request a continuance because:
_addition of New Party: awaiting Service._

_____ Moving Party's attorney has conferred with Opposing Party's attorney.
         Opposing Party consents to this continuance request.

_____ Opposing Party asks the Court to deny this continuance request.

_____ 29488        _____
Attorney for Plaintiff(s)                  Attorney for Defendant(s)

The Court __X__ grants _____ denies Moving Party's motion for continuance.

New trial docket date _12/10/18_        __X__ Regular rollover or _____ peremptory setting

_8/21/18_                               SO ORDERED:
_____              _____
            Date                       Michael K. Mullen
                                       Presiding Judge, Division 1

Forms: Motion for Continuance                              10/10/2017

